# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **O. C. Billings,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 5:15-cv-00098-RLV |
| | ) | 5:13-cr-00068-RLV-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2016 Order.

May 10, 2016

_____
Frank G. Johns, Clerk
United States District Court